FRANK W. HAASE et al., Appellants, v. NICHOLAS ZOBKIW et al., Respondents.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.